**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| JAMES MALLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-00954-LMB-JFA |
| ) | |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING**

Plaintiff James Mallon ("Plaintiff") and Defendant International Business Machines Corporation ("IBM" or "Defendant") hereby jointly request that the Court extend Defendant's time to file a responsive pleading to Plaintiff's Complaint. In support thereof, the parties state as follows:

1. Plaintiff filed his Complaint in this action on July 22, 2019. [Doc. No. 1].

2. Currently pending before the United States Court of Appeals for the Fourth Circuit is *Fessler v. IBM*, No. 18-2497.

3. Fessler, a former sales representative for IBM, sued IBM alleging it owes him purportedly unpaid commissions. IBM previously moved to dismiss Fessler's complaint, and this Court granted IBM's motion. Fessler then appealed that decision to the Fourth Circuit.

4. IBM plans to move to dismiss Plaintiff's Complaint on similar grounds that it moved to dismiss Fessler's Complaint.

5. The decision in *Fessler* may assist this Court in determining similar issues in this case.

6. This Court previously granted a Joint Motion and extended IBM's deadline to file a responsive pleading until November 22, 2019 while the parties awaited a ruling in *Fessler*. [Doc. No. 11].

7. On November 7, 2019, the United States Court of Appeals for the Fourth Circuit noticed the *Fessler* case for oral argument during the January 28, 2020 – January 31, 2020 argument session.

8. The parties anticipate a ruling following oral argument.

9. Accordingly, to save judicial resources and the time and expense of briefing, the parties hereby request that the Court extend Defendant's deadline to file a responsive pleading ninety (90) days or until February 20, 2020.

10. The parties state that this request is made in good faith and not for the purposes of delay.

11. A proposed order is attached hereto as Exhibit A for the Court's consideration.

Respectfully submitted this 14th day of November, 2019.

| | |
|---|---|
| */s/ David Hilton Wise* | */s/ Matthew F. Nieman* |
| David Hilton Wise, VA Bar No. 30828 | Matthew F. Nieman (Virginia Bar No. 47231) |
| John J. Drudi, VA Bar No. 86790 | **JACKSON LEWIS P.C.** |
| **WISE & DONAHUE, PLC** | 10701 Parkridge Boulevard, Suite 300 |
| 10476 Armstrong Street | Reston, Virginia 20191 |
| Fairfax, Virginia 22030 | Tel:   (703) 483-8300 |
| Tel: (703) 934-6377 | Fax:  (703) 483-8301 |
| Fax: (703) 934-6379 | E-mail: niemanm@jacksonlewis.com |
| dwise@wisedonahue.com | |
| jdrudi@wisedonahue.com | */s/ Justin R. Barnes* |
| | Justin R. Barnes |
| Matthew E. Lee | Georgia Bar No. 105220 |
| N.C. State Bar No. 35405 | **JACKSON LEWIS P.C.** |
| Jeremy R. Williams | 171 17th Street, NW, Suite 1200 |
| N.C. State Bar No. 48162 | Atlanta, Georgia 30363 |
| **WHITFIELD BRYSON & MASON, LLP** | Tel:   (404) 525-8200 |

900 W. Morgan Street  
Raleigh, NC 27603  
Telephone: (919) 600-5000  
Facsimile: (919) 600-5035  
matt@wbmllp.com  
jeremy@wbmllp.com  

Mark R. Sigmon  
N.C. State Bar No. 37762  
**SIGMON LAW, PLLC**  
5 West Hargett Street, Suite 1001  
Raleigh, North Carolina 27601  
Telephone: (919) 451-6311  
Fax: (919) 882-9057  
mark@sigmonlawfirm.com  

**ATTORNEYS FOR PLAINTIFF**

Fax:   (404) 525-1173  
E-mail: barnesjr@jacksonlewis.com  

**COUNSEL FOR DEFENDANT**

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| JAMES MALLON,              ) | |
|                            ) | |
|     Plaintiff,             ) | |
|                            ) | |
| v.                         ) | Civil Action No. 1:19-cv-00954-LMB-JFA |
|                            ) | |
| INTERNATIONAL BUSINESS     ) | |
| MACHINES CORPORATION,      ) | |
|                            ) | |
|     Defendant.             ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2019, I electronically filed the foregoing **JOINT MOTION TO EXTEND DEFENDANT'S DEADLINE TO FILE RESPONSIVE PLEADING** via the Court's CM/ECF system, which will automatically provide electronic notification of the same to the following:

    David Hilton Wise
    John J. Drudi
    WISE & DONAHUE, PLC
    10476 Armstrong Street
    Fairfax, Virginia 22030

    Matthew E. Lee
    Jeremy R. Williams
    WHITFIELD BRYSON & MASON, LLP
    900 W. Morgan Street
    Raleigh, NC 27603

    Mark R. Sigmon
    SIGMON LAW, PLLC
    5 West Hargett Street, Suite 1001
    Raleigh, NC 27601

                                      */s/ Matthew F. Nieman*
                                      Matthew F. Nieman