IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JAMES MALLON,<br><br>*Plaintiff,*<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>*Defendant.* | 1:19-cv-00954-LMB-JFA<br><br>**JOINT STIPULATION FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their undersigned counsel, stipulate and agree to the dismissal with prejudice of all claims in the above captioned lawsuit. The parties shall bear their own costs associated with this action.

Dated: October 19, 2021

*/s/ David Hilton Wise*
David Hilton Wise, VA Bar No. 30828
**WISE LAW FIRM, PLC**
10640 Page Avenue, Suite 320
Fairfax, Virginia 22030
Tel: (703) 934-6377
dwise@wiselaw.pro

Matthew E. Lee (pro hac vice)
Jeremy R. Williams (pro hac vice)
Mark R. Sigmon (pro hac vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
mlee@milberg.com
jwilliams@milberg.com
msigmon@milberg.com
**COUNSEL FOR PLAINTIFF**

*/s/ Matthew F. Nieman*
Matthew F. Nieman
Virginia Bar No. 47231
**JACKSON LEWIS P.C.**
10701 Parkridge Boulevard, Suite 3
Reston, Virginia 20191
Tel: (703) 483-8300
Fax: (703) 483-8301
E-mail: niemanm@jacksonlewis.com

Justin R. Barnes
Georgia Bar No. 105220
**JACKSON LEWIS P.C.**
171 17th Street, NW, Suite 1200
Atlanta, Georgia 30363
Tel: (404) 525-8200
Fax: (404) 525-1173
E-mail: barnesjr@jacksonlewis.com
**COUNSEL FOR DEFENDANT**

So Ordered

/s/
_____
Leonie M. Brinkema
United States District Judge
10/19/21